**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JANA DIANE HATCH,                                     :   No. 304 WAL 2022
                                                      :
                    Petitioner                        :
                                                      :
                                                      :   Petition for Allowance of Appeal
                                                      :   from the Order of the Superior Court
        v.                                            :
                                                      :
                                                      :
MARK ALLEN HATCH, SR.,                                :
                                                      :
                    Respondent                        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is

**DENIED**.